Dunlap *v.* Media Federal Savings & Loan Association et al., Appellants.

Argued March 19, 1973. *George J. McConchie,* with him *Cramp, D'Iorio, McConchie & Surrick,* for appellants; *Albert P. Massey, Jr.,* with him *Lentz, Riley, Cantor, Kilgore & Massey,* for appellee.
Order affirmed.

Gargalli *v.* 2991 School Lane Corp., Appellant.

Argued March 29, 1973. *Daniel T. McWilliams,* with him *McWilliams & Sweeney,* for appellant; *Miles Warner,* with him *Paul A. Lockrey,* and *John J. O'Brien, Jr.,* for appellee.
Judgment affirmed.

Heil Equipment Co. of Philadelphia, Inc. *v.* Diamond Reo Truck Sales, Appellant.

Argued March 26, 1973. *Michael J. Pepe, Jr.,* for appellant; *George Philip Stahl, Jr.,* for appellee.
Order affirmed.